**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **LISA C. MURPHY**, | ) | **CASE NO. 05-16534** |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 644
         Chicago, IL  60604

   On:   **January 27, 2009**   Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $15,011.81 |
   | b. | Disbursements | $13,847.91 |
   | c. | Net Cash Available for Distribution | $ 1,163.90 |

1705220.1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $1,501.18 | $30.87 |
| Jenner & Block<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $869.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 66.967779%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Arrow Financial Services LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0710 | $483.40 | $323.72 |

2

1705220.1

| | | | |
|---|---|---|---|
| 2 | Roundup Funding, LLC/<br>Cingular Wireless LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | $385.60 | $258.23 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

       0.00


Dated:  **December 24, 2008**                     For the Court,

       **KENNETH S. GARDNER**
       Kenneth S. Gardner
       Clerk of the U.S. Bankruptcy Court
       219 S. Dearborn Street, 7th Floor
       Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

1705220.1

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Dec 24, 2008
Case: 05-16534                Form ID: pdf002          Total Served: 23

The following entities were served by first class mail on Dec 26, 2008.
 db          +Lisa C Murphy,    11352 S Front,    Apt 1W,    Chicago, IL 60628-5030
 aty         +Frank G. Cortese,    Frank G. Cortese,    P.O. Box 19812,    Reno, NV 89511-2485
 tr          +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
9277570    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: Cross Country Bank,    800 Delaware Ave.,    Wilmington, DE 19801)
9277563     +Affordable Auto,    2700 W. Peterson Ave.,    Chicago, IL 60659-3920
9277564     +Ameritech/SBC,    24251 Acacia,    Redford, MI 48239-2850
9479100      Arrow Financial Services LLC,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
9277565     +Arrow Financial Services, LLC,    7301 North Lincoln Ave.,    Suite 220,
              Lincolnwood, IL 60712-1733
9277566     +Bank First,    1100 W. Delaware,    Sioux Falls, SD 57104-0209
9277567     +Capital One Bank,    11013 W. Broad St.,    Glen Allen, VA 23060-5937
9277568     +Check N' Go,    3125 S. Ashland,    Chicago, IL 60608-6252
9277569     +Cingular,    930 N. National Pkwy.,    Schaumburg, IL 60173-5115
9277571     +Fingerhut/AXSYS,    P.O. Box 3335,    Saint Cloud, MN 56372-0001
9277572     +First Premier Bank,    900 Delaware,    Suite 7,    Sioux Falls, SD 57104-0337
9277573     +Honor Finance,    1563 Sherman Ave.,    Evanston, IL 60201-4421
9277574    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9277575      Midland,    5575 Roscoe Ct.,    San Diego, CA 91823
9277576      Payday Loan Corporation of Chicago,    408 N. Wells,    Chicago, IL 60610
9277577     +Peoples Gas, Light & Coke, Co.,    130 E. Randolph,    c/o Special Projects,
              Chicago, IL 60601-6207
9277578     +Roseland Community Hospital,    45 W. 111th,    Chicago, IL 60628-4294
11267942     Roundup Funding, LLC/Cingular Wireless LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
9277579     +Union Auto Sales,    8700 S. Chicago Ave.,    Chicago, IL 60617-2343
9277580      Vision Ins.,    P.O. Box 2128,    Brentwood, TN 37024-2128

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                **Signature:**    *Joseph Speetjens*