IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **LISA D. MURPHY,** | ) | **CASE NO. 05-16534** |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

Ronald R. Peterson, the Trustee in this case, respectfully files this Account, and states:

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached as Exhibits A and B.

All checks have been cashed. Attached hereto as Exhibit C is the estate's Form 2 showing a zero balance and the zero balance bank statement.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and the case closed pursuant to 11 U.S.C. § 350.

                                                */s/ Ronald R. Peterson*
                                                RONALD R. PETERSON, Trustee for the
                                                Bankruptcy Estate of Lisa D. Murphy

Ronald R. Peterson (01288743)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2981
Facsimile: (312) 840-7381

Dated: March 20, 2009

1745895.1

# EXHIBIT A

1745895.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    ) Chapter 7
                                          )
**LISA C. MURPHY,**                       ) CASE NO. 05-16534
                                          )
                    Debtor.               ) Hon. Pamela S. Hollis
                                          )

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,501.18 |
| 2. | Trustee's expenses | $   30.87 |
| | TOTAL | $1,532.05 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Attorney for the Trustee/ Jenner & Block | |
| | Compensation | $0.00 |
| | Expenses | $0.00 |
| 2. | Other Professional (list each professional separately) N/A | $0.00 |
| | TOTAL | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

FEB - 3 2009

# EXHIBIT B

1745895.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **LISA D. MURPHY,** | ) | **CASE NO. 05-16534** |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $582.16 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $582.16 |
| Other: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | **$1,164.32** |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 37.998735% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $1,532.05 | $582.16 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>   Fees<br>   Expenses | $1,501.18<br>$30.87 | $570.43<br>$11.73 |
| | Jenner & Block<br>   Fees<br>   Expenses | $0.00<br>$0.00 | $0.00<br>$0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 66.9919448% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $869.00 | $582.16 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Arrow Financial Services LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | $483.40 | $323.84 |
| 2 | Roundup Funding, LLC/<br>Cingular Wireless LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA  98111-9221 | $385.60 | $258.32 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: February 9, 2009              /s/ Ronald R. Peterson
                                                           Trustee

# EXHIBIT C

1745895.1

Case 05-16534 Doc 40 Filed 03/30/09 Entered 03/30/09 13:42:59 Desc Main Document Page 13 of 16

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-16534 -PSH | | | Trustee Name: | RONALD R. PETERSON | | |
| Case Name: | MURPHY, LISA C | | | Bank Name: | BANK OF AMERICA, N.A. | | |
| | | | | Account Number / CD #: | ******6599 Money Market Account (Interest Earn | | |
| Taxpayer ID No: | *******4854 | | | | | | |
| For Period Ending: | 03/18/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/07 | | Alan Mendelson | Personal injury settlement proceeds | | 1,152.09 | | 1,152.09 |
| | | | Memo Amount: 15,000.00 | 1242-000 | | | |
| | 6 | ALAN C. MENDELSON | Personal injury settlement proceeds | | | | |
| | | | Memo Amount: ( 7,500.00 ) | 8100-002 | | | |
| | | LISA MURPHY | Personal injury exemption | | | | |
| | | | Memo Amount: ( 5,000.00 ) | 3210-000 | | | |
| | | ALAN MENDELSON | Special counsel's fee | | | | |
| | | | Memo Amount: ( 1,039.83 ) | 3220-000 | | | |
| | | ALAN MENDELSON | Trustee Counsel's Expenses | | | | |
| | | | Memo Amount: ( 308.08 ) | | | | |
| | | IDHFS | Miscellaneous deduction | 2990-000 | | | |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.62 | | 1,152.71 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.88 | | 1,153.59 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.98 | | 1,154.57 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.95 | | 1,155.52 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.98 | | 1,156.50 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.95 | | 1,157.45 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.98 | | 1,158.43 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.98 | | 1,159.41 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.73 | | 1,160.14 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.75 | | 1,160.89 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.62 | | 1,161.51 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.56 | | 1,162.07 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.46 | | 1,162.53 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.28 | | 1,162.81 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.27 | | 1,163.08 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.24 | | 1,163.32 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.14 | | 1,163.46 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.15 | | 1,163.61 |

Page Subtotals 1,163.61 0.00

Page: 1

LFORM24  Ver: 14.21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-16534 -PSH | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MURPHY, LISA C | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******6599 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******4854 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 03/18/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.15 | | 1,163.76 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.14 | | 1,163.90 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.15 | | 1,164.05 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.11 | | 1,164.16 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.09 | | 1,164.25 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 1,164.31 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,164.32 |
| 02/05/09 | | Transfer to Acct #******0008 | Final Posting Transfer | 9999-000 | | 1,164.32 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 15,000.00 | COLUMN TOTALS | 1,164.32 | 1,164.32 |
| Memo Allocation Disbursements: | 13,847.91 | Less: Bank Transfers/CD's | 0.00 | 1,164.32 |
| Memo Allocation Net: | 1,152.09 | Subtotal | 1,164.32 | 0.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | Net | 1,164.32 | 1,164.32 |

Page Subtotals 0.71 1,164.32

Ver: 14.21

LFORM24

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 05-16534 -PSH
Case Name: MURPHY, LISA C

Taxpayer ID No: *******4854
For Period Ending: 03/18/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0008  BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/09 | | Transfer from Acct #*******6599 | Transfer In From MMA Account | | 9999-000 | 1,164.32 | | 1,164.32 |
| 02/10/09 | 003001 | Ronald R. Peterson<br>Jenner & Block<br>330 North Wabash<br>Chicago, Illinois 60611 | | | | | 582.16 | 582.16 |
| | | | Fees | 551.29 | 2100-000 | | | 582.16 |
| | | | Expenses | 30.87 | 2200-000 | | | 582.16 |
| 02/10/09 | 003002 | Roundup Funding, LLC<br>/Cingular Wireless LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | | | 7100-000 | | 258.32 | 323.84 |
| 02/10/09 | 003003 | Arrow Financial Services LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | | | 7100-900 | | 323.84 | 0.00 |

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00
Memo Allocation Net: 0.00

Total Allocation Receipts: 15,000.00
Total Allocation Disbursements: 13,847.91
Total Memo Allocation Net: 1,152.09

| | COLUMN TOTALS | 1,164.32 | 1,164.32 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | 1,164.32 | 0.00 |
| | Subtotal | 0.00 | 1,164.32 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 0.00 | 1,164.32 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******6599 | 1,164.32 | 0.00 | 0.00 |
| BofA - Checking Account - *******0008 | 0.00 | 1,164.32 | 0.00 |
| | 1,164.32 | 1,164.32 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 1,164.32 | 1,164.32 | |

LFORM24    Ver: 14.21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-16534 -PSH | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | MURPHY, LISA C | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0008  BofA - Checking Account |
| Taxpayer ID No: | ******4854 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 03/18/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********6599

BofA - Checking Account - ********0008

Page Subtotals     0.00     0.00

Ver: 14.21

LFORM24